IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBERT JOSEPH FIORE, II,            )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )     1:14CV858
                                     )
AUDRA KATHALENE CLYNE,               )
                                     )
        Defendant.                   )

## **ORDER**

On January 9, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections (Doc. 4) within the time limit prescribed by Section 636. The Court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 2), which is affirmed and adopted.

IT IS THEREFORE ORDERED that this action is filed and DISMISSED *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Magistrate Judge's Recommendation.

This, the 20th day of March, 2015.

                                                       /s/ Loretta C. Biggs
                                            United States District Judge